FILED

FEB 05 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURUANT TO 18 U.S.C. § 3512<br><br>Request from Hungary for Assistance in a Criminal Matter: Csilla Ildiko Fekete | CASE NO. 2:18mc 0012 KJN<br><br>ORDER ON UNITED STATES' APPLICATION PURSUANT TO 18 U.S.C. § 3512<br><br>**DOJ Reference Number: CRM-182-61612** |

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Robert J. Artuz, Special Assistant U.S. Attorney, Eastern District of California (or a substitute or successor subsequently designated by the Office of International Affairs), as a commissioner to execute the above-captioned request from Hungary (hereinafter, the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in Hungary, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Robert J. Artuz (or a substitute or successor designated by the Office of International Affairs) is appointed as a commissioner of this Court (hereinafter, the "commissioner") and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Hungary for which the Csongrad County Police of Hungary, Economic Crimes Unit, has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Prosecutor's General Office of Hungary;

3. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, individuals employed by U.S. Law Enforcement Agencies and/or representatives of Hungary who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected;

5. may order Bank of America or Sacramento Packing Inc. not to notify any person, including the holder of account number xxxxxxx0001, of the existence of the commissioner subpoena or its contents, except that Bank of America and Sacramento Packing Inc. may notify their attorneys of the subpoena and its contents for the purpose of receiving legal advice; and

6. shall transmit the evidence collected to Hungary.

Dated: February 5, 2018

By: _____
KENDALL J. NEWMAN
United States Magistrate Judge

ORDER ON U.S. APPLICATION PURSUANT TO          2
18 U.S.C. § 3512